Harold A. Witherby, Margaret Witherby, and Tony Heine, Plaintiffs-Appellants, v. Danny Ray Bierman, a Minor, by His Father and Next Friend, Ralph Bierman, and Ralph Bierman, Defendants-Appellees.

Gen. No. 68–32.

Fifth District.

April 9, 1969.

Judgment affirmed. Paul M. Storment, Jr., of Wagner, Conner, Ferguson, Bertrand & Baker, of Belleville, for appellants; Oehmke, Dunham, Boman & Leskera, of East St. Louis (John W. Leskera, of counsel), for appellees. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.